UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DELMER THURBER, et al.,

    Plaintiff(s),

v.

BERNARD PETERSON, et al.,

    Defendant(s).

NO. C08-1803MJP

ORDER ON MOTION TO COMPEL

The above-entitled Court, having received and reviewed

1. Plaintiffs' Motion to Compel Discovery Responses and for Sanctions (Dkt. No. 14)

2. Defendant's Opposition to Plaintiffs' Motion to Compel Discovery Responses and for Sanctions (Dkt. No. 21)

3. Plaintiffs' Reply on Motion to Compel Discovery Responses and for Sanctions (Dkt. No. 24)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that the motion is DENIED.

The Court can order a party to respond to interrogatories; the Court cannot order a party to respond with an answer that pleases the interrogator. Plaintiffs complain that Defendant has responded to their interrogatories untruthfully. The Court cannot evaluate whether the answers are false – that determination will have to await a trial. All the Court can do is require a party to respond.

Plaintiffs are invited to move on to alternate forms of inquiry where followup questions can be posed and explanations probed.

Dated: May \_\_\_\_\_, 2009

*/s/ Marsha J. Pechman*
Marsha J. Pechman
U.S. District Judge

**ORD ON MTN TO COMPEL - 1**

**ORD ON MTN TO COMPEL - 2**