UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DELMER THURBER, et al.,

        Plaintiff(s),

v.

BERNARD PETERSON, et al.,

        Defendant(s).

NO. C08-1803MJP

ORDER ON MOTION FOR ATTORNEY'S FEES AND COSTS

The above-entitled Court, having received and reviewed

1. Defendant's Motion for Attorney Fees and Costs (Dkt. No. 29)

2. Plaintiffs' Response to Motion for Fees and Costs (Dkt. No. 32)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that the motion is PARTIALLY GRANTED; Defendant is awarded $3317 in legal fees and $9.40 in costs. Plaintiffs shall pay Defendant $3326.40 within 30 days of this order.

Pursuant to FRCP 37(a)(5), Defendant is entitled to reasonable expenses incurred in opposing Plaintiffs' unsuccessful motion to compel. The Court finds that defending against this motion required no particular expertise or training, and that a reasonable hourly rate for the legal services and skills involved in preparing a response to this motion is $200/hour.

Plaintiffs shall pay the amount of the award to Defendant within 30 days from the entry of this order.

Dated: June 30, 2009

Marsha J. Pechman
U.S. District Judge

ORD ON MTN TO COMPEL - 1

**ORD ON MTN TO COMPEL - 2**